M. M. Hart, Inc., Appellant, v. Nana E. Pfizer, Respondent, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Smith and Page, JJ.

F. Marciano D'Arsi, Respondent, v. Navigazione Alta Italia, Limited, Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin and Smith, JJ.

Vincenzo Toriello, Respondent, v. Henry Doscher and Others, as Executors, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Smith and Page, JJ.

The People of the State of New York, Respondent, v. James Marshall, Appellant.— Judgment and order affirmed. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Smith and Page, JJ.

Harry Levi, Respondent, v. Samuel W. Heiss and Another, Appellants. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Morris Rabinowitz, Respondent, v. Augustus D. Juilliard and Others, Copartners, etc., Appellants.— Judgment and order reversed and new trial ordered, with costs to appellants to abide event, unless plaintiff stipulates to reduce the verdict to $3,000, in which event judgment as so modified and order affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Frederick G. Blechner, Respondent, v. Stephen Kraser, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of costs. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Arthur Warriner, Respondent, v. Hocking Valley Railway Company, Appellant.— Motion to dismiss appeal denied. Present — Clarke, P. J., McLaughlin, Laughlin, Smith and Page, JJ.

In the Matter of Robert M. S. Putnam.— Proceeding dismissed. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.